UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATHEW JAMAL JACKSON,<br>SID # 1018145,<br><br>       Petitioner<br><br>v.<br><br>TEXAS 379TH JUDICIAL DISTRICT<br>   COURT JUDGE RON RANGEL,<br><br>       Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action<br>No. SA-15-CA-445-RP |

**JUDGMENT**

Pursuant to this Court's Dismissal Order, Petitioner Mathew Jamal Jackson's Petition for Writ of Mandamus is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 29 , 2015

_____
ROBERT L. PITMAN
United States District Judge